CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 3 0 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:07CR00063 |
| | (Case No. 5:11CV80335) |
| vs. | |
| | FINAL ORDER |
| TRICIA KELLY THARP, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is

**DISMISSED** as untimely filed, and this action is stricken from the active docket of the court.

ENTER: This 30th day of June, 2011.

_____
Chief United States District Judge

***A Certificate of Appealability is DENIED***